## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN J. WALSH, | ) | |
| SECRETARY OF LABOR, | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-2357 |
| | ) | |
| SOMBRERO'S MEXICAN CANTINA, LLC, | ) | |
| and LEE ROBERTS, Individually and as owner | ) | |
| of the aforementioned company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Secretary of Labor, by and through his

undersigned counsel, serves this Notice upon the Court that he has reached an amicable

settlement in this case and does hereby file and serves his Notice of Dismissal without Prejudice

for the above-referenced case, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Seema Nanda
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert Van Wijk
Associate Regional Solicitor

*/s/Boyce Richardson*
Trial Attorney
KS Bar #25588

*/s/Elaine M. Smith*
Elaine M. Smith
Trial Attorney
Mo Bar # 69352, a*dmitted pro hac vice*

2300 Main, Suite 1020
Kansas City, MO  64108
(816) 285-7262
(816) 285-7287 (fax)
Richardson.boyce.n@dol.gov
smith.elaine.m@dol.gov

*U.S. Department of Labor*
*Attorneys for Plaintiff*


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal was sent through the

Court's ECF System this 17th day of November, 2021, and by electronic mail to:


Lauren Sobaski
c/o Sombrero's Mexican Cantina LLC and Lee Roberts
Fisher & Phillips LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
816-460-1237
lsobaski@fisherphillips.com


/s/Elaine M. Smith


2